| | |
|---|---|
| RIEMER HESS LLC<br>Ryan J. McIntyre<br>275 Madison Avenue, 26th Floor<br>New York, NY 10016<br>Phone: (212) 297-0700<br>Fax: (212) 297-0730<br>Email: rmcintyre@riemerhess.com | KANTOR & KANTOR LLP<br>Timothy J. Rozelle, *pro hac vice* pending<br>9301 Corbin Ave., Suite 1400<br>Northridge, CA 91324<br>Phone: (818) 886-2525<br>Fax: (818) 350-6272<br>Email: trozelle@kantorlaw.net |

Attorneys for Plaintiff Dan Sernett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

DAN SERNETT

    v.

UNUM GROUP, THE PAUL REVERE LIFE INSURANCE COMPANY, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

---------------------------------------------------X

INDEX NUMBER: 25-mc-52

**PLAINTIFF NOTICE OF MOTION TO COMPEL HANK PRYBYLSKI'S COMPLIANCE WITH DEPOSITION SUBPOENA, OR IN THE ALTERNATIVE, FOR AN ORDER PERMITTING SERVICE BY ALTERNATE MEANS**

**PLEASE TAKE NOTICE** that, upon this motion with the accompanying Memorandum of Law and Declaration of Timothy J. Rozelle, Plaintiff Dan Sernett will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 to respectfully request an order compelling nonparty Hank Prybylski's compliance with a deposition subpoena or, in the alternative, for an order permitting service of the deposition subpoena by alternative means, including but not limited to certified mail and/or email.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law in Support of the Motion to Compel, the Declaration of Timothy J. Rozelle, and all exhibits attached thereto, as well as all other papers, pleadings, and proceedings herein.

Dated: February 4, 2025

        /s/ *Timothy J. Rozelle*
        Timothy J. Rozelle, pro hac vice pending
        KANTOR & KANTOR LLP
        9301 Corbin Ave., Suite 1400
        Northridge, CA 91324
        (818) 886-2525
        trozelle@kantorlaw.net

Submitted By: /s/ *Ryan J. McIntyre*
        Ryan J. McIntyre
        RIEMER HESS LLC
        275 Madison Avenue, 26th Floor
        New York, NY 10016
        (212) 297-0700
        rmcintyre@riemerhess.com

        Attorneys for Plaintiff Dan Sernett