UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAN SERNETT,                                                      :
:
                      Plaintiff,                                    :
:    25-MC-00052 (JMF)
      -v-                                                          :
:    <u>ORDER</u>
UNUM GROUP et al.,                                                :
:
                      Defendants.                                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Any opposition to Plaintiff's motion to compel compliance with a deposition subpoena — by Hank Prybylski or Defendants — shall be filed no later than **February 10, 2025**. Plaintiff's reply, if any, shall be filed no later than **February 12, 2025**.

        Plaintiff shall, no later than **February 6, 2025**, serve a copy of this Order and his motion papers on each Defendant and Hank Prybylski — in the latter case, by both email and by overnight courier to his New Jersey residence and his Ernst & Young office — and shall file proof of such service no later than **February 7, 2025**, at **10 a.m.**

        SO ORDERED.

Dated: February 5, 2025
       New York, New York
                                                                    JESSE M. FURMAN
                                                                    United States District Judge