UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| DAN SERNETT, | Index No. 1:25-mc-0052 (JMF) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL HANK PRYBYLSKI'S COMPLIANCE WITH DEPOSITION SUBPOENA, OR THE ALTERNATIVE, FOR AN ORDER PERMITTING SERVICE BY ALTERNATE MEANS** |
| -against- | |
| UNUM GROUP, THE PAUL REVERE LIFE INSURANCE COMPANY, and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

------------------------------------------------------------X

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Dan Sernett, hereby withdraws his Motion to Compel Hank Prybylski's Compliance with Deposition Subpoena, previously filed with this court on February 4, 2025 (Docs. 1-4) and subsequently referred to the Honorable Jesse M. Furman (Doc. 5).

DATED: February 7, 2025

The Clerk of Court is directed to terminate ECF Nos. 1 and 7 and close the case.

SO ORDERED
*[signature]*
February 10, 2025

Respectfully Submitted,

/s/ Timothy J. Rozelle
Timothy J. Rozelle, Esq. CA State Bar No. 298332
**KANTOR & KANTOR, LLP**
9301 Corbin Avenue, Suite 1400
Northridge, CA 91324
Telephone: (818) 886-2525
trozelle@kantorlaw.net

Submitted By: /s/ Ryan J. McIntyre
**RIEMER HESS LLC**
275 Madison Ave, 26th Floor
New York, NY 10016
(212) 297-0700
rmcintyre@riemerhess.com

1